[No. 22391–7–I.   Division One.   June 19, 1989.]

STRUCTURES, INC., *Respondent,* v. THE CITY OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–10761–6, R. Joseph Wesley, J., entered

May 6, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Winsor, JJ.